No. 4940.—VÁZQUEZ, aplda., v. LÓPEZ DE VICTORIA, aplte.— C. D. San Juan. Enero 15, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

La sentencia apelada dictóse en mayo 1, 1928, habiéndose radicado el récord de apelación en abril 3, 1929, desde cuya fecha el apelante pidió y obtuvo ocho prórrogas de 30 días para alegato. La apelada radicó oposición a nuevas prórrogas y el apelante pidió una última prórroga para corregir y transcribir el alegato, la cual obtuvo con carácter de última hasta diciembre 14, 1929. En diciembre 31 la apelada pidió la desestimación por no haberse presentado el alegato dentro de la última prórroga. El alegato fué radicado finalmente en enero 2, 1930. Resolviendo la desestimación, el tribunal dice: "y aunque el apelante ha explicado de un modo más satisfactorio los motivos que le impidieron presentar dicho alegato durante el tiempo transcurrido entre el día nueve y el día catorce de diciembre de 1929 dentro de la semana siguiente, sin embargo, ha dejado de explicar el por qué dicho alegato no hubiera podido ser terminado y radicado durante los diez días que transcurrieron entre el día veintiuno y el día treintiuno de diciembre, fecha en que fué notificada y radicada la moción de desestimación."

No encontrando el tribunal, por otra parte, que los erro-

res argumentados demuestren un verdadero fracaso de la justicia, declaró con lugar la moción de desestimación.